# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**ROBERT F. DUGAN,**

    **Plaintiff,**

**v.**                                                                                       **Case No: 5:10-cv-367-Oc-10PRL**

**SCOTT A. MIDDLEBROOKS, A. KENDRICK, U. VARGAS, FRANCISCO SANTOS, C. BAKER, R. RUTHERFORD, OTHER AGENT(S) AND EMPLOYEE(S) OF THE FEDERAL BUREAU OF PRISONS and USA**

    **Defendants.**

## ORDER

On August 8, 2014, the Court granted in part Plaintiff's motion to compel and directed Defendants to produce documents responsive to certain discovery requests. *See* Doc. 107. The Court deferred ruling on Plaintiff's request number 19 and gave Plaintiff an opportunity to provide additional information regarding his request for "copies of all order forms, inventory lists, vouchers for disbursements, checks for payments on accounts relating to bar soap, liquid shampoo, scouring cleanser, and Virex II at USP-1 between 2007 and February 22, 2012" *See* Doc. 107. Plaintiff provided additional information regarding this discovery request (Doc. 108), as well as a request for the Court to reconsider its ruling on the motion to compel (Doc. 109). Defendants filed a response. (Doc. 110).[1]

---

[1] The response was filed on behalf of all Defendants, except Ms. Kendrick who is represented by separate counsel.

Defendants have advised that they have no objection to producing documents related to sanitation and hygiene products from April 2007 through March 24, 2010; but they object to Plaintiff's request for documents after March 24, 2010 on relevance grounds.  <u>The Court agrees</u>. Plaintiff's sanitation and hygiene claims focus on alleged constitutional violations that occurred while he was housed in H-Unit from April 2007 through March 2010.  *See* Doc. 1 at 17-18. According to Bureau records, Plaintiff was assigned to H-Unit from June 6, 2006, to March 24, 2010.  Thus, documents regarding sanitation and hygiene products after Plaintiff was no longer housed in H-Unit are not relevant.

Accordingly, within **fourteen (14) days** of this Order, Defendants shall produce all documents responsive to Plaintiff's request for "order forms, inventory lists, vouchers for disbursement, checks for payments on accounts relating to bar soap, liquid shampoo, scouring cleanser, and Virex II at USP-1" limited to the time period of April 2007 through March 24, 2010.

With respect to Plaintiff's motion to reconsider the Court's prior order denying discovery requests (Doc. 109), the Court declines to change its ruling.   Accordingly, Plaintiff's motion (Doc. 109) is **DENIED**.

To the extent Plaintiff wishes to supplement his response to Defendants' Renewed Motion to Dismiss and alternatively, for Summary Judgment (Doc. 85) based on the newly produced documents, he may do so on or before **October 30, 2014.**[2]

---

[2] This includes any documents produced pursuant to this Order and the Court's earlier Order dated August 8, 2014.   (Doc. 107).

- 3 -

**DONE** and **ORDERED** in Ocala, Florida on September 23, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties