**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ROBERT F. DUGAN,**

    **Plaintiff,**

**v.**                                                                **Case No: 5:10-cv-367-Oc-10PRL**

**SCOTT A. MIDDLEBROOKS, A.**
**KENDRICK, U. VARGAS, FRANCISCO**
**SANTOS, C. BAKER, R.**
**RUTHERFORD, OTHER AGENT(S)**
**AND EMPLOYEE(S) OF THE**
**FEDERAL BUREAU OF PRISONS and**
**USA**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's renewed motion to compel, for discovery conference, and for sanctions. (Doc. 113). Plaintiff contends that Defendants have failed to provide complete discovery responses and that defense counsel failed to provide the necessary "certification" and "signature."

In response, defense counsel represents that all responsive documents have been produced, except for documents regarding H-Unit lockdowns because the request is unduly burdensome and not relevant. While acknowledging that his certification pursuant to Federal Rule of Civil Procedure 26(g)(1) was inadvertently omitted; defense counsel now certifies that all responsive documents received from staff at Coleman have been provided to Plaintiff. Based on these representations, the Court is satisfied that Defendants have complied with their discovery obligations. Moreover, the Court will not require Defendants to produce additional documents

- 2 -

regarding H-Unit lockdowns because the request is unduly burdensome and not relevant based on my conclusion in the recent Report and Recommendation (Doc. 119) that all claims regarding sanitation and hygiene products should be dismissed except for those claims related to the specific ten-day period in February 2010.   Accordingly, Plaintiff's motion is (Doc. 113) is **DENIED.**

**DONE** and **ORDERED** in Ocala, Florida on January 14, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties