**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ROBERT F. DUGAN,**

    **Plaintiff,**

v.                                                                                         **Case No: 5:10-cv-367-Oc-10PRL**

**A. KENDRICK, OTHER AGENT(S)**
**AND EMPLOYEE(S) OF THE**
**FEDERAL BUREAU OF PRISONS and**
**USA**

    **Defendants.**

_____

## ORDER

This matter is before the Court on Plaintiff's motion for extension of time to respond to the motion for summary judgment filed by A. Kendrick.  (Doc. 134).  The Certificate of Service reflects that A. Kendrick did not serve her motion on Plaintiff, who is proceeding pro se and not registered to receive filings through the CM/ECF system.  Accordingly, Plaintiff's motion (Doc. 134) is **GRANTED**.  A. Kendrick is hereby **DIRECTED** to promptly serve Plaintiff with a copy of her motion for summary judgment.  Plaintiff shall file a response to A. Kendrick's motion for summary judgment within fourteen **(14) days** of receiving the motion.

In addition, in the recent Case Management and Scheduling Order, I directed the Clerk to send the parties a copy of the Notice of Consent form.  *See* Doc. 122 at 3.  Plaintiff has advised the Court that he has not received a copy of the form (Doc. 129) and the docket does not reflect that it was sent to Plaintiff.  Accordingly, the Clerk shall promptly mail Plaintiff a copy of the Notice of Consent form.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on February 23, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -